United States District Court
Southern District of NY

Civ Action No.
1:16-cv-9260

Klauber Brothers, Inc.,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 1/14/19

v.

Jenny Yoo Collection, Inc.,
et al

Stipulation to Dismiss
Action
Rule 41 ~~(b)~~ (a)(1)(A)(ii)

It is hereby stipulated and agreed, by and amongst Plaintiff Klauber Brothers, Inc. ("Klauber") and Defendants Jenny Yoo Collection, Inc. ("JY"), ~~[illegible]~~ Nordstrom, Inc. ("Nordstrom"), and Anthropologie, Inc. ("Antropologie") (Collectively "Defendants", by their undersigned counsel, that: ~~[illegible]~~

(a) ~~Plaintiff~~ Plaintiff dismisses all of its claims without prejudice;

(b) Defendants agree to waive or toll any statute of limitations defenses in a subsequent action; AND

(c) upon discharge of the payment obligations of the Defendant pursuant to the Settlement Agreement of this same date, the parties will file a joint Amended Stipulation of Dismissal with Prejudice.

It is So Stipulated:

Scott Allan Burroughs
Counsel for Plaintiff

Maurice Ross
Counsel for Defendants

SO ORDERED:
Louis L. Stanton 1/14/19
U.S.D.J.